# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

IN RE:

| | |
|---|---|
| Veronica Wright, | Bankruptcy Case No. 18-55867-mlo |
| | Hon. Maria L. Oxholm |
| Debtor. | Chapter 7 |
| _____/ | |

## RESPONSE IN OPPOSITION TO TRUSTEE'S MOTION FOR TURN OVER OF REAL PROPERTY OF THE ESTATE

The Debtor, Veronica Wright, by and through her attorneys, Jaafar Law Group, PLLC, hereby states for her Response in Opposition to Trustee's Motion for Turn Over of Real Property of the Estate (the "Motion") as follows:

1. Debtor objects to the Trustee's Motion since she has been cooperating with Trustee's attorney concerning a possible settlement as to non-exempt assets in this case.

2. Debtor was previously confused as to the process of the Trustee's administration of the estate, but is fully willing to cooperate with the Trustee in resolving this matter.

3. Turn over of Debtor's residence is an extreme remedy that is not warranted in this case.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court deny the Trustee's Motion, and grant the Debtor such other and further relief as this Court deems just and proper.

1

Respectfully submitted,

JAAFAR LAW GROUP, PLLC

Date: May 7, 2019
/s/ Terrance A. Hiller
Terrance A. Hiller (P55699)
Attorney for Debtor
1 Parklane Blvd., Ste 729 E
Dearborn, MI 48126
888-324-7629
thiller@fairmaxlaw.com